UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA E. NEATHERY,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON TEXACO CORPORATION GROUP ACCIDENT POLICY NO. OK 826458 AND ACCIDENT POLICY NO. SLG-000784; and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil No.   05cv1883-JM (CAB)<br><br>**ORDER:**<br><br>**1. GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS;**<br><br>**2. GRANTING EXTENSIONS OF DISCOVERY DATES** |

On November 6, 2006, the Court held a telephonic discovery conference on Plaintiff's motion to compel further discovery responses. Susan Horner, Esq., appeared for Plaintiff. Michael Bernacchi, Esq., appeared for Defendant. Having considered the submissions of the parties and the arguments of counsel, the Court orders as follows.

**I.    Plaintiff's Motion to Compel**

1.    Defendant shall produce the files of Dr. James Lewis regarding the claim at issue, and/or the death of Mr. Neathery, no later than **November 17, 2006.**

2.    Defendant shall produce the Table of Contents and Index pages from the LINA claims manuals no later than **November 17, 2006.** After her review of the Table of Contents and Index pages, Plaintiff may renew the request for specific portions of the manuals she believes relevant to this

litigation. If Defendant has no further objection, the requested pages will be produced to Plaintiff for "attorneys' eyes only." If Defendant has further objections to production of the requested portions of the manuals, the parties shall promptly contact the chambers to schedule a discovery conference.

      3.      Defendant shall produce the *curriculum vitae* and fee information for Dr. Lewis no later than **November 17, 2006.**

      4.      Defendant shall provide Plaintiff with a summary document setting forth the number of times Dr. Lewis was retained for a claims evaluation by Defendant in the past five years and the amount of fees he received for these retentions.

      5.      Plaintiff's motion to compel further responses is otherwise **DENIED.**

**II.      Extensions of the Current Discovery Dates**

The parties requested extensions of the current discovery deadlines. For good cause appearing, IT IS HEREBY ORDERED:

      1.      The parties shall exchange their expert reports on or before **December 5, 2006.**

      2.      The parties shall exchange their supplemental expert reports on or before **December 19, 2006.**

      3.      All discovery shall be completed on or before **January 5, 2007.**

      4.      All corresponding dates are hereby VACATED. All other dates remain the same.

**IT IS SO ORDERED.**

DATED: November 6, 2006

                                                                 **CATHY ANN BENCIVENGO**
                                                                 United States Magistrate Judge