# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

TERESA E. NEATHERY,

         V.

CHEVRON TEXACO
CORPORATION GROUP
ACCIDENT POLICY NO. OK 826458
et al.,

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 05 CV 1883 JM (CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court finds, based on a *de novo* review of the administrative record in place at the time this litigation was initiated, Neathery's death was caused by an "accident" covered under the Plans. LINA's denial of benefits to Plaintiff under the Plans is therefore reversed. Judgment is entered in favor of Plaintiff................................................................................................................................................................
..............................................................................................................................................................................

| August 12, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON August 12, 2009