1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  | TERESA E. NEATHERY, an individual, | Case No.  05 CV 1883 JM (CAB) |

12  Plaintiff,          **ORDER GRANTING JOINT MOTION TO CONTINUE**

13  v.                  **HEARING DATE OF PLAINTIFF'S MOTION FOR INTEREST,**

14                      **ATTORNEY'S FEES AND COSTS**

15  CHEVRON TEXACO CORPORATION GROUP ACCIDENT POLICY NO.          Doc. No. 180

16  OK826458 AND ACCIDENT POLICY NO. SLG-000784, group

17  welfare benefit plans under ERISA, and DOES 1 through 10, inclusive,

18
    Defendants.

19

20

21          Upon consideration of the Parties' Joint Motion and good cause appearing,

22  IT IS HEREBY ORDERED that the hearing date for Plaintiff's Motion for Interest,

23  Attorneys' Fees and Costs (Court Docket No. 170) is continued from October 2,

24  2009 to **October 9, 2009 at 1:30 p.m.**

25          IT IS FURTHER ORDERED that the briefing schedule is continued as

26  follows:  Defendants' opposition is due on or before **September 22, 2009** and

27  ///

28  ///

1    Plaintiff's reply is due on or before **October 2, 2009**.

2    / / /

3         IT IS SO ORDERED.

4

5    Dated: September 10, 2009

6                                             Hon. Jeffrey T. Miller

7                                             Judge of the United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 05 CV 1883 JM (CAB)
ORDER RE: JOINT MOTION TO CONT HRG DATE OF
MOTION FOR INTEREST, ATTY'S FEES & COSTS