UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA E. NEATHERY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON TEXACO CORPORATION GROUP ACCIDENT POLICY NO. OK 826458 AND ACCIDENT POLICY NO. SLG-000784, group welfare benefits plans under ERISA, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: **05cv1883 JM (CAB)**<br><br>**AMENDED JUDGMENT IN A CIVIL CASE**<br><br>Doc. No. 198 |

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. The Court issued its MEMORANDUM AND DECISION REVERSING DEFENDANTS' DECISION TO DENY BENEFITS [Doc 167] on August 11, 2009. A JUDGMENT IN A CIVIL CASE [Doc 168] was entered by the Clerk of the Court on August 12, 2009. An ORDER TAXING COSTS [Doc 187] was entered by the Clerk of the Court on September 24, 2009. The Court entered its ORDER GRANTING MOTION FOR INTEREST, ATTORNEY'S FEES, AND COSTS [Doc 194] on November 2, 2009. For purposes of clarification, the Court hereby enters this AMENDED JUDGMENT IN A CIVIL CASE.

IT IS ORDERED AND ADJUDGED that the Court finds, based on a *de novo* review of the administrative record in place at the time this litigation was initiated, Neathery's death was caused by

1  an "accident" covered under the Plans.  LINA's denial of benefits to Plaintiff under the Plans is therefore
2  reversed.  Judgment is entered in favor of Plaintiff, Teresa E. Neathery, and against Defendant Voluntary
3  Group Accident Insurance Plan and Defendant On-the Job Accident Insurance Plan, erroneously sued
4  as Chevron Texaco Corporation Group Accident Policy No. OK 826458 and defendant Accident Policy
5  No. SLG-000784, in the following amounts:

| | | |
|---|---|---|
| 6 | $275,000.00 | against Voluntary Group Accident Insurance Plan which is the amount of the policy coverage; |
| 7 | | |
| 8 | $500,000.00 | against On-the Job Accident Insurance Plan which is the amount of the policy coverage; |
| 9 | $49,828.00 | pre-judgment interest against Voluntary Group Accident Insurance Plan; |
| 10 | | |
| 11 | $92,537.00 | pre-judgment interest against On-the Job Accident Insurance Plan; |
| 12 | $9,750.00 | reasonable costs, jointly and severally, against Voluntary Group Accident Insurance Plan and On-the-Job Accident Insurance Plan ; |
| 13 | $1,177.60 | court costs, jointly and severally, against Voluntary Group Accident Insurance Plan and On-the Job Accident Insurance Plan; and |
| 14 | | |
| 15 | $314,516.00 | attorney's fees, jointly and severally, against Voluntary Group Accident Insurance Plan and On-the Job Accident Insurance Plan |
| 16 | $1,242,808.60 | TOTAL JUDGMENT |

17  **IT IS SO ORDERED.**

19  DATED:  December 18, 2009

20                                                                                    _____
21                                                                                    Hon. Jeffrey T. Miller
                                                                                      United States District Judge

2