# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA E. NEATHERY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON TEXACO CORPORATION GROUP ACCIDENT POLICY NO. OK826458 AND ACCIDENT POLICY NO. SLG-000784, group welfare benefit plans under ERISA, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  05 CV 1883 JM (CAB)<br><br>**ORDER RE: JOINT MOTION TO POST SUPERSEDEAS BOND** |

Upon consideration of the parties' Joint Motion to Post Supersedeas Bond, IT IS HEREBY ORDERED that the Joint Motion is GRANTED and Defendants shall be allowed to post a supersedeas bond to stay the enforcement of the judgment in this case.  The amount of the supersedeas bond shall be $1,242,808.60, as reflected in the amended judgment.

IT IS SO ORDERED.

Dated:  January 4, 2010

By: _____
Judge of the United States District Court

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-3442-3557 v1

- 1 -

CASE NO. 05 CV 1883 JM (CAB)
ORDER RE: JOINT MOTION TO POST SUPERSEDEAS BOND